# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PENNSYLVANIA MANUFACTURERS INDEMNITY COMPANY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> VS. ) <br> ) <br> **PETE MORRIS MCCULLOUGH, III;** ) <br> **SHELIA HALE, the mother and** ) <br> **personal representative of Shawn Bone,** ) <br> **deceased, J.D.G., a minor dependent of** ) <br> **Shawn Bone, deceased, by and through** ) <br> **SHELIA HALE, his grandmother and** ) <br> **next friend; TAQUELLA N. GAINES,** ) <br> **individually, and J.D.G. a minor, by and** ) <br> **through his natural mother and next** ) <br> **friend, TAQUELLA N. GAINES,** ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NO:** <br><br> **5:21-cv-01050-LCB** |

## UNOPPOSED RENEWED MOTION FOR DEFAULT JUDGMENT AND JOINT MOTION FOR DISMISSAL OF REMAINING DEFENDANTS

COMES NOW Plaintiff Pennsylvania Manufacturers Indemnity Company and renews its Motion for Default Judgment against Pete Morris McCullough (Doc. 18), which is hereby incorporated by reference. By and through their undersigned counsel, Defendants Shelia Hale, mother and personal representative of Shawn Bone, Taquella N. Gaines, individually, and J.D.G., a minor, by and through his natural mother and next friends, Taquella N. Gaines and Shelia Hale, confirm that they do not contest the entry of this default judgment against McCullough.

Plaintiff Pennsylvania Manufacturers Indemnity Company and Defendants Shelia Hale, and Taquella N. Gaines, individually, and J.D.G., a minor by and through Taquella N. Gaines, pursuant to Fed. R. Civ. P. 41, stipulate that all Defendants, other than Pete Morris McCullough who has not appeared, be voluntarily dismissed from this action, costs taxed as paid.

Accordingly, Plaintiff requests that the Court enter a default judgment in favor of Pennsylvania Manufacturers Indemnity Company and against Defendant Pete Morris McCullough and dismiss all remaining Defendants.

/s/Connie Ray Stockham
Connie Ray Stockham (ASB-6238-K69C)
Hannah Mebane Thrasher (ASB-4334-H58M)
Attorneys for Plaintiff
Pennsylvania Manufacturers Indemnity Company

OF COUNSEL:
**STOCKHAM, COOPER, POTTS & HALE, P.C.**
1111 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Telephone:  205.776.9000
cstockham@scplaw.net
hthrasher@scplaw.net

/s/ Richard Riley
Richard Riley (ASB-6483-Y87R)
Attorney for Shelia Hale and J.D.G., a minor, by and through his grandmother and next friend, Shelia Hale

OF COUNSEL:
**MARSH RICKARD & BRYAN P.C.**
800 Shades Creek Parkway, Ste. 600-D
Birmingham, Alabama 35209
rriley@mrblaw.com

/s/ Douglas J. Fees
Douglas J. Fees
Attorney for Taquella N, Gaines, individually,
And J.D.G., a minor, by and through his natural mother and next friend Taquella N. Gaines

OF COUNSEL:
**THE COCHRAN FIRM HUNTSVILLE**
401-403 Madison Street
P. O. Box 508
Huntsville, Alabama 35804-0508
dfees@cochranfirm.com